Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 1850
Los Angeles, CA  90014
(213) 689-3014    FAX (213) 689-3055



FILED
SEP 2 7 2005

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                  ) Case No.: LA 03-14323 BB
                                        )
                                        ) NOTICE OF UNCLAIMED DIVIDEND
    Chavez, Transito                    ) (Bankruptcy Rule 30111)
                                        )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 478309 in the sum of $1,056.00 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

    Chavez, Transito

    14637 Clark Street
    Baldwin Park, CA  91706

Date:  09/27/05                    _____
                                        NANCY CURRY

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1

Unclaimed dividend -- forwarded to the Fiscal Department of U.S. Bankruptcy Court

| Claim No. | Case No. | Debtor Name | SSN | Amount |
|---|---|---|---|---|
| | 03-14323 BB | Chavez, Transito | xxx-xx-3126 | 1,056.00 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER. VOID APPEARS IF COPIED. FLUORESCENT FIBERS AND MICRO PRINTING ON FACE, TRUE WATERMARK.

**NANCY CURRY**
**CHAPTER 13 TRUSTEE**
606 S. OLIVE ST., SUITE 1850
LOS ANGELES, CA 90014

SunTrust

N° 478309

CHECK NO
478309

PAY   EXACTLY 1,056 DOLLARS AND 00 CENTS   09/22/05

AMOUNT
$1,056.00

TO THE
ORDER
OF

U. S. Bankruptcy Court
Fiscal Department
255 E. Temple St., Room 1067
Los Angeles, CA 90012

Nancy Curry

⑈478309⑈ ⑆064203429⑆ 575200⑈